IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**GREGORY ALLEN RATHKEY**,

    Petitioner,

v.

**UNITED STATES OF AMERICA**,

    Respondent.

Case No. 3:12-cv-01904-JE

**ORDER**

**Michael H. Simon, District Judge.**

    United States Magistrate Judge John Jelderks issued a Findings and Recommendation in this case on January 8, 2015. Dkt. 12. Judge Jelderks recommended that Petitioner's habeas corpus petition be dismissed for mootness. No party has filed objections.

    Under the Federal Magistrates Act ("Act"), the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C). If a party files objections to a magistrate's findings and recommendations, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

    If no party objects, however, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the

PAGE 1 – ORDER

Act], intended to require a district judge to review a magistrate's report to which no objections are filed."). Nor does the Act "preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154. And the Advisory Committee Notes to Fed. R. Civ. P. 72(b) recommend that "[w]hen no timely objection is filed," the court review the magistrate's findings and recommendations for "clear error on the face of the record."

As no party has made objections, this Court follows the recommendation of the Advisory Committee and reviews Judge Jelderks's Findings and Recommendation for clear error on the face of the record. No such error is apparent. Accordingly, the Court ADOPTS Judge Jelderks's Findings and Recommendation, Dkt. 12. Petitioner's petition for a writ of habeas corpus (Dkt. 1) is DISMISSED for mootness.

**IT IS SO ORDERED.**

DATED this 19th day of February, 2015.

/s/ Michael H. Simon
Michael H. Simon
United States District Judge